IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE CO., | No. C 12-05577 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| PAUL RYAN ASSOCIATES, | |
| Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on March 28, 2013.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.  Parties shall exchange names of a possible mediator by July 26, 2013, with the goal of engaging in private mediation in August, 2013.

2. INITIAL DISCLOSURES.  Initial disclosures shall be exchanged on or before April 11, 2013.

3. DISCOVERY.  On or before September 6, 2013 all non-expert discovery shall be completed by the parties.  Discovery shall be limited as follows: (a) ten (10) non-expert

CASE MANAGEMENT SCHEDULING ORDER

1  depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete
2  subparts; (c) a reasonable number of requests for production of documents or for inspection per
3  party; and (d) a reasonable number of requests for admission per party.

4      4.    DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate
5  Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not
6  more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The
7  joint letter must be electronically filed under the Civil Events category of "Motions and Related
8  Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter
9  is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge
10 may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After
11 a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that
12 Judge's procedures.

13     5.    EXPERT WITNESSES. The disclosure and discovery of expert witnesses and
14 opinions shall proceed as follows:

15     A.    On or before July 26, 2013, parties will make initial expert disclosures in
16 accordance with Federal Rule of Civil Procedure 26(a)(2).

17     B.    On or before August 30, 2013, parties will designate their supplemental and
18 rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

19     C.    On or before October 4, 2013, all discovery of expert witnesses pursuant to
20 Federal Rule of Civil Procedure 26(b)(4) shall be completed.

21     6.    FURTHER CASE MANAGEMENT CONFERENCE. A Further Case
22 Management Conference shall be held on **September 19, 2013 at 10:00 a.m.** in Courtroom 3,
23 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The
24 parties shall file a Joint Case Management Statement at least one week prior to the Conference.

25     7.    PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to
26 Civil Local Rule 7. All pretrial motions shall be heard no later than **January 9, 2014 at 1:30**

1 **p.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

8.  PRETRIAL CONFERENCE.  The final pretrial conference will be held on **February 27, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

9.  TRIAL DATE.  Jury trial shall commence on **March 10, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:  3/28/13

_____
RICHARD SEEBORG
United States District Judge