**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Nicholas P. Carrigan (SBN 249584)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
ncarrigan@aguileragroup.com

Attorneys for Plaintiffs, ST. PAUL FIRE AND MARINE INSURANCE COMPANY and THE TRAVELERS INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL RYAN ASSOCIATES DBA RYAN ASSOCIATES, a California corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 3:12-cv-05577-RS<br><br>**[~~PROPOSED~~] ORDER ON STIPULATION RE: DISCOVERY AND EXPERT DEADLINES**<br><br>Action Filed: 10/30/12<br>Trial Date: 3/10/14 |

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation of the parties, it is hereby ordered that:

The deadline for Travelers and Ryan to make their initial expert disclosures under Rule 26(a)(2) will be extended until August 19, 2013.

The deadline for Travelers and Ryan to make their supplemental and rebuttal expert

1 designations under Rule 26(a)(2) will be extended until September 16, 2013.

2     The deadline for all discovery of expert witnesses of Travelers and Ryan under Rule
3 26(b)(4) will be extended until October 21, 2013.

4     The deadline for all non-expert discovery to be completed by Travelers and
5 Ryan will be extended until September 16, 2013.

7     IT IS SO ORDERED.

9 DATED: __7/31/13_____     _____
10                                     HON. RICHARD SEEBORG
                                    UNITED STATES DISTRICT COURT JUDGE