**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Nicholas P. Carrigan (SBN 249584)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
ncarrigan@aguileragroup.com

Attorneys for Plaintiffs, ST. PAUL FIRE AND MARINE INSURANCE COMPANY and THE TRAVELERS INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL RYAN ASSOCIATES DBA RYAN ASSOCIATES, a California corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 3:12-cv-05577-RS<br><br>[~~PROPOSED~~] **ORDER ON FURTHER STIPULATION RE: DISCOVERY AND EXPERT DEADLINES AND CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: 10/30/12<br>Trial Date: 3/10/14 |

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the parties, it is hereby ordered that:

The deadline for Travelers and Ryan to make their supplemental and rebuttal expert designations under Rule 26(a)(2) will be extended until October 7, 2013.

The deadline for all discovery of expert witnesses of Travelers and Ryan under Rule

1  26(b)(4) will be extended until October 21, 2013.

2      The deadline for all non-expert discovery to be completed by Travelers and Ryan will
3  be extended until October 21, 2013.

4      The further Case Management Conference in this matter, presently scheduled for
5  September 19, 2013, shall be continued to  October 17, 2013  at 10:00 a.m.

6      Both parties shall file further Case Management Conference Statements seven (7)
7  days prior to the date of the further Case Management Conference as ordered by this Court.

9      IT IS SO ORDERED.

11  DATED:  9/12/13  _____
12                                                   HON. RICHARD SEEBORG
                                                 UNITED STATES DISTRICT COURT JUDGE