IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,  ET AL.,

        Plaintiffs,

    v.

PAUL RYAN ASSOCIATES,

        Defendants.

No. C 12-05577 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **March 17, 2014**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 20, 2014 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

    IT IS SO ORDERED.

Dated:  1/13/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

No. C 12-05577 RS
STANDBY ORDER OF DISMISSAL