**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Nicholas P. Carrigan (SBN 249584)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
ncarrigan@aguileragroup.com

Attorneys for Plaintiffs, ST. PAUL FIRE AND MARINE INSURANCE COMPANY and THE TRAVELERS INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PAUL RYAN ASSOCIATES DBA RYAN ASSOCIATES, a California corporation; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 3:12-cv-05577-RS <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE <br><br> Action Filed: 10/30/12 |

### [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the parties, it is hereby ordered that:

The above entitled action is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: 9/23/14

_/s/ Richard Seeborg_
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE